UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 06-61792-CIV-COHN/Snow

MVISIBILE TECHNOLOGIES, INC.,
a Delaware Corp.,

        Plaintiff,

v.

MIXXER, INC., a Delaware Corp.,
et al.,

        Defendants.
_____/

## O R D E R

        THIS CAUSE is before the Court on counsel Anat Hakim's and Heidi Belongia's Motions for Special and Limited Appearances (DE 6 & 7).  Being fully advised, it is hereby

        ORDERED AND ADJUDGED that the motions are GRANTED. Anat Hakim, Esquire, and Heidi Belongia, Esquire, are hereby permitted to enter limited appearances for purposes of representing the plaintiff **Mvisible Technologies** in this cause; Richard Davis, Esquire, is designated as local counsel.

        DONE AND ORDERED at Fort Lauderdale, Florida, this 21st day of February, 2007.

                                    _____
                                    LURANA S. SNOW
                                    UNITED STATES MAGISTRATE JUDGE

Copies to:

Richard Davis, Esq. (P and Local Counsel Hakim and Belongia)
Anat Hakim, Esq. (P)
Heidi Belongia, Esq. (P)
Gregory Herbert, Esq. (Ds)


Ms. Catherine Wade (MIA)
  Executive Service Administrator