UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 06-61792-CIV-COHN/Snow

MVISIBILE TECHNOLOGIES, INC.,
a Delaware Corp.,

    Plaintiff,

v.

MIXXER, INC., a Delaware Corp.,
et al.,

    Defendants.
_____/

### O R D E R

THIS CAUSE is before the Court on counsel Michael Houston's and Grant Kinsel's Motions for Special and Limited Appearances (DE 31 & 32). Being fully advised, it is hereby

ORDERED AND ADJUDGED that the motions are GRANTED. Michael Houston, Esquire, and Grant Kinsel, Esquire, are hereby permitted to enter limited appearances for purposes of representing the plaintiff **Mvisible Technologies** in this cause; Richard Davis, Esquire, is designated as local counsel.

DONE AND ORDERED at Fort Lauderdale, Florida, this 23rd day of March, 2007.

_____
LURANA S. SNOW
UNITED STATES MAGISTRATE JUDGE

Copies to:

Richard Davis, Esq. (P and Local Counsel Hakim and Belongia)
Anat Hakim, Esq. (P)
Heidi Belongia, Esq. (P)
Michael Houston, Esq. (P)
Grant Kinsel, Esq. (P)
Gregory Herbert, Esq. (Ds)

Ms. Catherine Wade (MIA)
   Executive Service Administrator